**Order entered November 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01080-CV

**BRETT SHIPP, Appellant**

**V.**

**DR. RICHARD MALOUF, ET AL., Appellees**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-06268-C**

## ORDER

Before the Court is appellant's November 8, 2013 unopposed motion for leave to retain

or amend his brief. We treat appellant's motion as a motion to extend the word limit of his brief.

We **GRANT** appellant's motion. Appellant's brief was properly filed with this Court on

September 18, 2013.

/s/      DAVID LEWIS
           JUSTICE